UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TAMARA SCHWED,

                            Plaintiff,

    -against-

ARS NATIONAL SERVICES, INC.,

                            Defendant(s).
-----------------------------------------------------------------X

Civil Action No.: 10 CIV 6702

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff TAMARA SCHWED, by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant ARS NATIONAL SERVICES, INC.

Dated: October 13th, 2010
          New York, New York

For: **TAMARA SCHWED**

By: _/s/ M. Harvey Rephen_
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By:_____
Hon. _____, USDJ