Case 1:10-cv-06702-NRB   Document 3   Filed 10/13/10   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAMARA SCHWED,

                Plaintiff,

-against-

ARS NATIONAL SERVICES, INC.,

                Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2010

Civil Action No.: 10 CIV 6702

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff TAMARA SCHWED, by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant ARS NATIONAL SERVICES, INC.

Dated: October 13th, 2010
         New York, New York

For: **TAMARA SCHWED**

By: _/s/_____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By: _____
Hon. _____ USDJ

10/14/10